IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANN WILLIAMS,

    Plaintiff,

vs.                                                    CASE NO. 5:09-cv-394/RS-MD

PRINCESS CRUISE LINES,
LTD, et al.,

    Defendants.

_____/

## ORDER

Before me is Plaintiff's Response to Court Order to Show Cause (Doc. 7). Plaintiff has offered no explanation why she has not served the defendants within 120 days as required by Fed. R. Civ. P. 4(m). Plaintiff has requested the court to provide a 90-day extension to allow for negotiations. This court will not stay a case pending negotiations. Plaintiff's request is **denied**.

    **IT IS ORDERED:**

    1.    This case is **dismissed without prejudice.**

    2.    The clerk is directed to close the file.

    **ORDERED** on April 22, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**